# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00343-CV

### In re Sean O'Malley

### ORIGINAL PROCEEDING FROM BLANCO COUNTY

## M E M O R A N D U M   O P I N I O N

Relator, Sean O'Malley, an inmate in the Texas Department of Criminal Justice, filed a pro se petition for writ of mandamus in this Court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52.1. In his petition, O'Malley asks us to issue a writ of mandamus directed to the Honorable Randy Brodbeck, Justice of the Peace for Precinct 1 of Blanco County.

By statute, this Court has the authority to issue a writ of mandamus against "a judge of a district, statutory county, statutory probate county, or county court in the court of appeals district"), *see* Tex. Gov't Code § 22.221(b)(1), and other writs as necessary to enforce our appellate jurisdiction, *see id.* § 22.221(a). A justice of the peace is not a party against whom we may issue a writ of mandamus. Nor has O'Malley demonstrated that the exercise of our writ power is necessary to enforce our jurisdiction. We have no jurisdiction to grant O'Malley any relief.

Accordingly, we dismiss the petition for want of jurisdiction.

_____

Edward Smith, Justice

Before Chief Justice Rose, Justices Kelly and Smith

Filed:   May 24, 2019